# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| PLAINTIFF A, by his natural mother and general guardian, PARENT A, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 21-cv-6153-SRB ) |
| PARK HILL SCHOOL DISTRICT, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On November 12, 2021, Plaintiffs filed a Motion for Temporary Restraining Order or in the Alternative for a Preliminary Injunction. (Doc. #7.) Upon review of the record, the Court declines to issue a temporary restraining order or preliminary injunction absent notice to Defendants. Consequently, it is hereby ORDERED that Plaintiffs effect service upon all Defendants as required by Federal Rule of Civil Procedure 4. Once Defendants are served, the Court will set a hearing on the matter.

**IT IS SO ORDERED.**

Dated: November 12, 2021

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE