IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| PLAINTIFF A, by his natural mother and general guardian, PARENT A, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 5:21-cv-6153-SRB |
| PARK HILL SCHOOL DISTRICT, et al., | ) ) ) |
| Defendants. | ) ) |

**STIPULATION FOR DISMISSAL OF
COUNTS I AND IV OF PLAINTIFFS' COMPLAINT WITH PREJUDICE**

COME NOW Plaintiff A, Plaintiff B, Plaintiff C, and Plaintiff D, by and through their attorneys of record, Arthur A. Benson II and Jamie Kathryn Lansford of the Law Office of Arthur A. Benson II, and Defendants Park Hill School District, Janice Bolin, Bart Klein, Kimberley Ried, Todd Fane, Scott Moneses, Susan Newburger, Brandy Woodley, Dr. Jeanette Cowherd, Dr. Joshua Colvin, and Dr. Kerrie Herren, by and through their attorneys of record, W. Joseph Hatley, Stephanie Stephanie Lovett-Bowman, and Olawale O. Akinmoladun of Spencer Fane LLP, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate that Count I of Plaintiffs' Complaint, alleging deprivation of Plaintiffs' First Amendment rights and Count IV alleging failure to train and supervise/inadequate training and supervision are dismissed with prejudice. Counts II (due process violation) and III (equal protection violation) remain at issue.

Respectfully submitted,

LAW OFFICE OF ARTHUR A. BENSON II

By s/Jamie Kathryn Lansford
Arthur A. Benson II #21107
Jamie Kathryn Lansford #31133
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
(816) 531-6688 (telefacsimile)
abenson@bensonlaw.com
jlansford@bensonlaw.com

Attorneys for Plaintiffs A, B, C, and D

and

SPENCER FANE LLP

By s/ W. Joseph Hatley
W. Joseph Hatley #33189
Stephanie Lovett-Bowman #63045
Olawale O. Akinmoladun #63442
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
(816) 474-8100
(816) 474-3216 (telefacsimile)
jhatley@spencerfane.com
slovettbowman@spencerfane.com
wakinmoladun@spencerfane.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed with the United States District Court for the Western District of Missouri via the Court's CM/ECF filing system with notice of case activity generated and sent electronically to on counsel for

Defendants listed below this ___29th___ day of September, 2022.

W. Joseph Hatley #33189
Stephanie Lovett-Bowman #63045
Olawale O. Akinmoladun  #63442
Spencer Fane LLP
1000 Walnut Street
Suite 1400
Kansas City, Missouri  64106
(816) 292-8392
(816) 474-3216 (telefacsimile)
jhatley@spencerfane.com
slovettbowman@spencerfane.com
wakinmoladun@spencerfane.com

Attorneys for Defendants

                                         s/ Jamie Kathryn Lansford
                                         Attorney for Plaintiffs